## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KIMBERLY WALLER-JOHNSON                                   PLAINTIFF

v.                              No. 4:24-cv-580-DPM

ST. VINCENT INFIRMARY
MEDICAL CENTER                                            DEFENDANT

## JUDGMENT

Waller-Johnson's complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

16 April 2026